IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA DEL ROSARIO HERNANDEZ DE LA TORRE,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | No. C 08-04619 WHA<br><br>**ORDER OF DISMISSAL** |

On October 8, 2008, a procedural order in this case was entered and mailed to petitioner at the address that she provided. On November 6, 2008, the order was returned to the Court as undeliverable because petitioner was no longer at the address she provided. On September 29, 2009, the paperwork was remailed to petitioner at the same address and was again returned as undeliverable. To date, the Court has received no indication from petitioner as to her correct current address. Civil Local Rule 3-11 provides for the dismissal of an action within 60 days of the date mail is returned to the Court as not deliverable. As more than 60 days have passed since the return of petitioner's mail, and petitioner has not notified the Court of her correct current address, this action is **DISMISSED WITHOUT PREJUDICE**. The Clerk shall close the file and terminate any pending motions.

**IT IS SO ORDERED.**

Dated: November 18, 2009.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE